```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

LLOYD LONDON

JANE DOES 1-4                                              PLAINTIFFS

     v.                          No. 07-2087

JIMMY DORNEY, Sheriff,
Johnson County; RUTH ANN
HOWELL, Administrator, Johnson
County Jail and JERRY DORNEY,
Chief Deputy, Johnson County                               DEFENDANTS

### ORDER

    Now on this 14th day of November 2007, there comes on for consideration the report and recommendation filed herein on September 27, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9). On November 2, 2007, Plaintiff Lloyd London filed a supplement to his complaint which the Court has considered and construed as objections to the report and recommendation (Doc. 11).

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against Glyn Dale Reece, Dennis C. Sutterfield, Michael Helms, David Gibbons, Gordon McCain, Mike Beebe and Bruce Wilson are DISMISSED on the grounds that these individuals are immune from suit or are not state actors for Section 1983 liability to attach. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). Further, Plaintiffs Jane Does 1-4 are DISMISSED.

The case will proceed against the remaining three defendants, namely, Sheriff Dorney, Jail Administrator Howell and Chief Deputy Dorney.

IT IS SO ORDERED.

                                             /s/ Robert T. Dawson
                                             Honorable Robert T. Dawson
                                             United States District Judge