```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

LLOYD LONDON                                          PLAINTIFF

   v.                    No. 07-2087

JIMMEY DORNEY, Sheriff,
Johnson County; RUTH ANN
HOWELL, Administrator,
Johnson County Jail; JERRY
DORNEY, Chief Deputy,
Johnson County                                       DEFENDANTS

## ORDER

Now on this 4th day of February 2008, there comes on for consideration the report and recommendation filed herein on December 11, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 16). Also before the Court are Plaintiff's Objections (Doc. 19) to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 15) is DENIED.

IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge

**AO72A**
**(Rev. 8/82)**