IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LLOYD LONDON                                                                          PLAINTIFF

v.                                           CASE NO.  07-2087

JIMMY DORNEY, Sheriff, Johnson County;
RUTH ANN HOWELL, Administrator,
Johnson County Jail; JERRY DORNEY,
Chief Deputy, Johnson County                                                    DEFENDANTS

## O R D E R

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **May 27, 2008.**  Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 25th day of April 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE