IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LLOYD LONDON                                                        PLAINTIFF

v.                         Case No. 07-2087

JIMMY DORNEY, Sheriff, Johnson County;
RUTH ANN HOWELL, Administrator, Johnson
County Jail; JERRY DORNEY, Chief Deputy,
Johnson County                                                      DEFENDANTS

## ORDER

Now on this 1st day of April 2009, there comes on for consideration the report and recommendation filed herein on March 11, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 54). Also before the Court are Defendants' objections (Doc. 55) and supplement thereto (Doc. 56).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' Motion for Summary Judgment (Doc. 36) is GRANTED as to Plaintiff's due process claims of a delayed initial appearance, and these claims are DISMISSED WITH PREJUDICE.  Defendants' Motion is DENIED as to Plaintiff's claims of interference with outgoing mail and denial of access to the Courts.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge