IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LLOYD LONDON                                                                                              PLAINTIFF

v.                                          CASE NO.  07-2087

JIMMY DORNEY, Sheriff, Johnson County;
RUTH ANN HOWELL, Administrator,
Johnson County Jail; JERRY DORNEY,
Chief Deputy, Johnson County                                                                        DEFENDANTS

**O R D E R**

　　Now before the Court is the Motion for Order (Doc. 82) and Motion for Subpoena (Doc. 83) filed by the Plaintiff.  In these Motions, Plaintiff requests an order for interrogatory of Bette Jean Dunlapp, who Plaintiff alleges officiated the marriage of Plaintiff and Linda Goins Reece.  Additionally, Plaintiff seeks to subpoena a family bible which Plaintiff alleges records the marriage of himself to Ms. Reece.

　　The issues before the Court in the above-styled case are Plaintiff's claims he was denied access to the Court and denied access to the mail while he was incarcerated in Johnson County, Arkansas.  The issue of Mr. London's purported marriage clearly is not at issue or of any relevance in this matter and the Motion for Order (Doc. 82) and Motion for Subpoena (Doc. 83) are DENIED.

　　IT IS SO ORDERED this 1st day of April 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ J. Marschewski
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON.  JAMES MARSCHEWSKI
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE