```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

LLOYD LONDON                                          PLAINTIFF

    v.                        No. 07-2087

JIMMY DORNEY, Sheriff,
Johnson County; RUTH ANN
HOWELL, Administrator, Johnson
County Jail; JERRY DORNEY, Chief
Deputy, Johnson County                                DEFENDANTS

## ORDER

Now on this 19th day of August 2010, there comes on for consideration the report and recommendation filed herein on July 19, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 88). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE, and judgment entered in Defendants' favor.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge